IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

Full Caption of Later Filed Case:

Elaine Wang,

Plaintiff

Case Number

1:23-cv-05268

vs.

Spectrum Pharmaceuticals, Inc., et al.,

Defendant

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Ryan O'Dell

Plaintiff

Case Number

1:23-cv-05196-ALC

vs.

Spectrum Pharmaceuticals, Inc., et al.,

Defendant

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

The complaint and civil cover sheet were just filed on June 20, 2023 and the case is currently assigned to Judge Carter.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The two cases have the same exact defendants and the allegations in both complaints are based on the same alleged conduct at the Defendant corporation. Both complaints allege violations of the same exact securities laws and rules -- namely, Sections 14(a) and 20(a) of the Securities Exchange Act of 1934, SEC Rule 14a-9, 17 C.F.R. Section 240.14a-9 and 17 C.F.R. Section 244.100.

Signature: s/ Benjamin Y. Kaufman Date: 06/21/2023

Firm: Wolf Haldenstein Adler Freeman & Herz LLP